# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| SHAN CHELEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV421-363 |
| | ) | |
| WARDEN PHIL HALL, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

The Court previously recommended that *pro se* petitioner Shan Cheley's 28 U.S.C. § 2254 petition be dismissed for his failure to prosecute his case and obey the Court's Orders.  *See* doc. 15.  He has objected to that recommendation, clarifying that he wishes to pursue his Petition, despite his failure to respond to the Respondent's arguments that he should be denied relief.  *See* doc. 18; *see also* docs. 12 & 12-1.  Since the Court agrees, in light of his recent submission, that Cheley has not failed to prosecute this case, the prior Report and Recommendation is **VACATED**.  Doc. 15.  The Court will address the merits of the parties' arguments in a subsequent Report and Recommendation.

Cheley has also resubmitted a number of documents that he previously filed, apparently in support of his contention that he has diligently prosecuted this case. *See* doc. 19. The Clerk construed those submissions as a new "Motion for Briefing Schedule," by Cheley. *See id.* However, the "Motion" seeking that relief is a copy of the one previously granted. *Compare* doc. 19 at 1-3, *with* doc. 4. The remaining portions of his submission are copies of other prior filings. *Compare, e.g.,* doc. 19 at 12-52, *with* doc. 10. Since none of the submissions indicate a present request for relief, the Clerk is **DIRECTED** to **TERMINATE** the "Motion" as moot. Doc. 19.

**SO ORDERED**, this 23rd day of February, 2023.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia

2