IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHAN CHELEY,

    Petitioner,

v.

WARDEN PHIL HALL,

    Respondent.

CIVIL ACTION NO.: 4:21-cv-363

**O R D E R**

After a careful de novo review, the Court concurs with the Magistrate Judge's May 17, 2024 Report and Recommendation, (doc. 23), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 23), as its opinion. Petitioner's Petition for Writ of Habeas Corpus is **DENIED.** (Doc. 1.)  Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue.  28 U.S.C. § 2253(c)(1); see Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal).  And, as there are no non-frivolous issues to raise on appeal, an appeal would not be taken

in good faith. Thus, *in forma pauperis* status on appeal is likewise **DENIED**. 28 U.S.C. § 1915(a)(3). The Clerk is **DIRECTED** to **CLOSE** this case.

    **SO ORDERED**, this 5th day of July, 2024.

    R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA